■ JUSTIN COFFEE, Appellant, v TANK INDUSTRY CONSULTANTS, INC., et al., Defendants. WORLDWIDE INDUSTRIES CORP., Third-Party Plaintiff, v CDK INDUSTRIES, INC., Third-Party Defendant-Respondent. [51 NYS3d 917]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered April 26, 2016. The order denied the motion of plaintiff to compel disclosure and granted the cross motion of third-party defendant for a protective order.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Lindley, DeJoseph, NeMoyer and Scudder, JJ.